

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-00948-CR

Roscell **HINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-0495-CR-B
Honorable Daniel H. Mills, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant's November 9, 2023 motion for extension of time to file a docketing statement and November 15, 2023 motion for change of venue or recusal are DENIED AS MOOT.

It is so **ORDERED** on December 27, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

Michael A. Cruz, Clerk of Court